UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN JACKSON, | Case No. 1:25-cv-00315-KES-EPG (PC) |
| Plaintiff, | ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE TRANSFERRED TO THE CENTRAL DISTRICT OF CALIFORNIA |
| v. | |
| JOEL BRAVO, et al., | (ECF Nos. 45, 46). |
| Defendants. | |

When this case was removed on March 14, 2025, venue was alleged as being proper in this District. (ECF No. 1, p. 2 – "Venue is proper in the United States District Court for the Eastern District of California, Fresno Division, because Plaintiff filed the complaint in the Superior Court of the State of California, County of Kern.").

On February 26, 2026, Plaintiff Alvin Jackson filed a second amended complaint, stating as follows: "Venue is proper in the Central District of California because Defendants reside in, and all incidents, events, and occurrences giving rise to this action occurred in Los Angeles County." (ECF No. 45, p. 2). Defendants filed an answer on March 18, 2026, agreeing that venue is proper in the Central District of California: "Defendants admit that jurisdiction and venue are proper in the United States District Court for the Central District of California." (ECF No. 46, p. 1).

Under 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it

1

might have been brought or to any district or division to which all parties have consented."

Because the parties agree that venue is proper in the Central District of California, IT IS ORDERED that, by no later than March 26, 2026, the parties shall file a response to this order, showing cause why this action should not be transferred to the Central District of California.

IT IS SO ORDERED.

Dated:   **March 19, 2026**                     /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE